BENJAMIN B. WAGNER
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2797

**FILED**

MAR 17 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

**SEALED**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JUAN RODOLFO LOPEZ ALVARADO, ) <br>    aka Coyote or Coyo, ) <br> JOSE ALFREDO GARCIA-GUILLEN, ) <br>    aka Gato, ) <br> JOSE RODOLFO FIGUEROA ALVARADO, ) <br>    aka Pecas, ) <br> ESTANISLAO GARCIA, ) <br>    aka Tano, ) <br> LUIS SEPULVEDA GARCIA, ) <br>    aka Pelon, ) <br> KARLA MIRANDA PEREZ, ) <br> MICHAEL CASPILLO, ) <br>    aka the Hawaiian, ) <br> JOSE MARIO MEDRANO, ) <br>    aka Molito, ) <br> EDWARD MICHAEL TULYSEWSKI, ) <br> JAVIER LARA-LOPEZ, ) <br> LEONARDO RENTERIA-SANCHEZ, ) <br> FRED PINEDA, and ) <br> CESAR RAFAEL TORRES, ) <br>    aka Lobito, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No: 2:11-cr-0134 JAM <br><br> **ORDER TO SEAL** <br><br> **SEALED** |

The Court hereby orders that the Indictment, the Petition of

1 | Assistant U.S. Attorney Michael M. Beckwith to seal the indictment,
2 | and this Order, in the above-referenced case, shall be sealed until
3 | further order of this Court.

DATED: March 17, 2011

*/s/ Dale A. Drozd*
DALE A. DROZD
United States Magistrate Judge