```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MICHAEL M. BECKWITH
    Assistant United States Attorney
 3  501 I Street, 10th Floor
    Sacramento, California 95814
 4  Telephone: (916) 554-2797
```

FILED

APR - 7 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR S 2:11-0134 JAM |
| Plaintiff, | APPLICATION TO UNSEAL ARREST WARRANTS, INDICTMENT, PETITION TO SEAL, ORDER AND SEALING ORDER; |
| v. | [~~PROPOSED~~] ORDER  *DAD* |
| JUAN RODOLFO LOPEZ ALVARADO,<br>  aka Coyote or Coyo,<br>JOSE ALFREDO GARCIA-GUILLEN,<br>  aka Gato,<br>JOSE RODOLFO FIGUEROA ALVARADO,<br>  aka Pecas,<br>ESTANISLAO GARCIA,<br>  aka Tano,<br>LUIS SEPULVEDA GARCIA,<br>  aka Pelon,<br>KARLA MIRANDA PEREZ,<br>MICHAEL CASPILLO,<br>  aka the Hawaiian,<br>JOSE MARIO MEDRANO,<br>  aka Molito,<br>EDWARD MICHAEL TULYSEWSKI,<br>JAVIER LARA-LOPEZ,<br>LEONARDO RENTERIA-SANCHEZ,<br>FRED PINEDA, and<br>CESAR RAFAEL TORRES,<br>  aka Lobito,<br><br>                       Defendants. | |

///

///

APPLICATION

On March 17, 2011, this Court issued arrest warrants, petition to seal, order, and sealing order for the captioned matter, and sealed these documents as well as the indictment in this case. The arrest warrants of two of the defendants have been executed and we expect they will make their first appearance in court on April 7, 2011. The Government respectfully requests that the arrest warrants, indictment, petition to seal, order, sealing order, and any other documents sealed pursuant to the Court's March 17, 2011, order be unsealed.

DATED: April 7, 2011

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By: MICHAEL M. BECKWITH
Assistant U.S. Attorney

ORDER

Upon application of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the arrest warrants, indictment, petition to seal, order, sealing order, and any other documents sealed pursuant to the Court's March 17, 2011, order for the captioned matter be UNSEALED.

Date: ~~March~~ April 7, 2011

_____
HONORABLE DALE A. DROZD
United States Magistrate Judge

3