PHILLIP A. TALBERT
United States Attorney
ROSS PEARSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JUAN RODOLPHO LOPEZ ALVARADO, ET AL., <br><br> Defendants. | CASE NO.  2:11-CR-00134-WBS <br><br> **ORDER** |

  Based on the United States' Motion to Dismiss, and pursuant to Rule 48 of the Federal Rules of Criminal Procedure, it is HEREBY ORDERED that the Indictment against defendants Juan Rodopho Lopez Alvarado, Jose Alfredo Garcia-Guillen, Jose Rodolfo Figueroa Alvarado, Luis Sepulveda Garcia, Karla Miranda Perez, and Leonardo Renteria-Sanchez is dismissed.  Any pending warrant against these defendants is recalled.

Dated:  March 11, 2024

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE